# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com





CHAMBERS OF
JUDGE ROBERT P. PATTERSON

May 1, 2012

By Facsimile

Hon. Robert P. Patterson
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/12

<u>United States v. Harris, 1:11-cr-00092 (RPP)</u>
**Withdrawal of Attorney**

Dear Judge Patterson:

As of today, May 1, 2012, I am no longer employed by the firm of Debevoise & Plimpton LLP, the attorneys for defendant in the captioned matter. As I advised the Court in my letter dated March 5, 2012, I have accepted an offer of employment with the United States District Attorney's Office for the District of New Jersey. My start date will be May 7, 2012. I have notified Mr. Harris of my new employment.

I hereby respectfully request your permission to have my name removed from the Court's docket and ECF electronic mailing distribution list. Will you please signify your approval of this withdrawal by having this letter memo endorsed or so ordered so that the clerk may modify and update the court's records accordingly?

Thank you for your courtesy and cooperation.

Respectfully submitted,

David W. Feder

*application granted [handwritten endorsement] 5/2/12*

23652949v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai