# DEBEVOISE & PLIMPTON LLP

555 13th Street, N.W.
Washington, D.C. 20004
Tel 202 383 8000
Fax 202 383 8118
www.debevoise.com

**MEMO ENDORSED**

May 1, 2012

*VIA FACSIMILE*

Honorable Robert P. Patterson
Daniel Patrick Moynihan
    United States Courthouse
500 Pearl Street
New York, New York 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/12


RECEIVED MAY 01 2012 CHAMBERS OF JUDGE ROBERT P. PATTERSON

### United States v. Harris, 1:11-cr-00092 (RPP)

Dear Judge Patterson:

Sentencing in the above-referenced matter is scheduled for May 17, 2012.

A scheduling conflict has arisen. With the consent of the government, we respectfully request that sentencing be adjourned until either June 25, 2012, or June 27, 2012.

Thank you very much for your consideration. Please let me know if you have any questions regarding this matter.

Respectfully submitted,

Michael A. Janson

cc:    Todd Blanche, Esq.
       Parvin Moyne, Esq.

*Application granted.
So ordered.
Robert P. Patterson 2 USDJ
5/1/12*

→ Sentencing adjourned to 6/25/12 @ 4PM.

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai