# DEBEVOISE & PLIMPTON LLP

555 13th Street, N.W.
Washington, D.C. 20004
Tel  202 383 8000
Fax 202 383 8118
www.debevoise.com



RECEIVED
AUG 24 2012
CHAMBERS OF
JUDGE ROBERT P. PATTERSON

August 24, 2012

**By Facsimile**

Hon. Robert P. Patterson
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007-1312

**MEMO ENDORSED**

*United States v. Harris, 1:11-cr-00092 (RPP)*

Dear Judge Patterson,

We represent Kyle Harris in the above-referenced matter. The government had requested a *Fatico* hearing to resolve a disputed factual issue that was contained in the Presentence Investigation Report ("PSR"), namely whether Mr. Harris handled a firearm during the operative offense. This dispute has been resolved and the government does not object to revising the PSR to remove statements alleging that Mr. Harris handled a firearm during the operative offense. The Probation Office's policy, however, is not to revise the PSR once it has been finalized unless directed to do so by the Court.

With the consent of the government, we request Your Honor to direct the Probation Office to revise the PSR to remove allegations that Mr. Harris handled a firearm during the operative offense.

Please let me know if you would like any additional information concerning this request. I can be reached at (202) 383-8174.

Sincerely,

Michael A. Janson

Application Granted
So ordered.
Robert P. Patterson
USDJ
8/24/12

cc:   AUSA Todd Blanche (by email)
      AUSA Parvin Moyne (by email)
      Susan P. Matthews, Senior U.S. Probation Officer (by email)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/24/12

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai