**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 20, 2019

**BY ECF AND EMAIL**

Honorable Richard J. Sullivan
United States Circuit Judge
Second Circuit Court of Appeals
500 Pearl Street
New York, NY 10007

Re:   **United States v. Kyle Harris,
        11 Cr. 92 (RJS), 16 Civ. 5291 (RJS)**

Dear Judge Sullivan:

I write with the consent of the government to request that the Court (1) relieve the Federal Defenders as counsel in the above-captioned matters, (2) appoint Debevoise and Plimpton LLP by the Honorable John Gleeson to represent Mr. Harris as CJA counsel, (3) adjourn the resentencing date to October 10 or 11, 2019, and (4) extend the defense submission deadline to October 4 and the government's deadline to October 8, 2019.

I make these requests because I became aware yesterday that the Federal Defenders is conflicted in these matters, having previously represented an individual identified in Mr. Harris's original sentencing proceedings as a cooperating witness against him.  Debevoise previously represented Mr. Harris as CJA counsel in the underlying case and is therefore well placed to resume that representation.  Judge Gleeson is a partner at Debevoise and Plimpton and a member of the Court's CJA panel.  He has agreed to take on this representation with the help of associate Marisa Taney, but they require the short extension and adjournment requested in order to do so.

Respectfully submitted,

/s/
Clay H. Kaminsky
Assistant Federal Defender
(212) 417-8749

cc:   AUSA Sheb Swett